UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RIGHT TO LIFE OF MICHIGAN and PREGNANCY RESOURCE CENTER,  Plaintiffs, v. DANA NESSEL, in her official capacity as Attorney General of Michigan; JOHN E. JOHNSON, JR., in his official capacity as Executive Director of the Michigan Department of Civil Rights; LUKE R. LONDO, GLORIA E. LARA, RICHARD R. WHITE III, PORTIA L. ROBERSON, ZENNA FARAJ ELHASON, REGINA MARIE GASCO, ROSANN L. BARKER, and SKOT WELCH, in their official capacities as members of the Michigan Civil Rights Commission,  Defendants. | No. 1:26-cv-390  HON. ROBERT J. JONKER  MAG. SALLY J. BERENS |

**STIPULATED ORDER EXTENDING DEFENDANTS' DEADLINES
TO RESPOND TO PLAINTIFFS' VERIFIED COMPLAINT (ECF No. 1) AND
MOTION FOR PRELIMINARY INJUNCTION (ECF No. 7).**

The parties, through their attorneys, stipulate that Defendants' deadlines for responding to Plaintiffs' verified complaint, either by answer or by motion, is extended to March 27, 2026.  Likewise, the parties stipulate to extend Defendants deadlines for responding to Plaintiffs' motion for a preliminary injunction to March 27, 2026.  In support, the parties have stated:

1. Plaintiffs filed their verified complaint on February 6, 2026, (ECF No. 1), attaching twenty-four exhibits. The same day, Plaintiffs filed a motion for preliminary injunction (ECF No. 7) and brief in support (ECF No. 8).

2. Defendant Dana Nessel accepted service on February 11, 2026. Pursuant to Federal Rule of Civil Procedure 12(1)(A)(i), this rendered her responsive pleading due March 4, 2026. Pursuant to W.D. Mich. LCivR 7.2(c), this also rendered her response to the motion for preliminary injunction due March 11, 2026.

3. On February 12, 2026, general counsel for the Michigan Civil Rights Commission ("Commission") and the Michigan Department of Civil Rights ("MDCR") accepted service on behalf of all other Defendants—*i.e.*, the eight members of the Commission and the Executive Director of the MDCR. Pursuant to the rules cited above, this rendered these defendants' deadlines March 5, 2026, and March 12, 2026, respectively.

4. The parties have conferred and agreed it is appropriate to extend the four deadlines mentioned above to March 27, 2026.

5. An extension of these deadlines permits their consolidation, which furthers the interest of judicial efficiency.

6. A modest extension also is appropriate in light of (1) the complaint's verified character and (2) the attachment of several exhibits. Each of these facts may require some special consideration by Defendants.

7. Plaintiffs can file a combined response to Defendants' responsive pleading and reply to the response to the motion for preliminary injunction by April

24, 2026. Plaintiffs' word limit for the combined response and reply shall be 15,100 words as words are defined in Local Rule 7.2(b)(i), (c).

8.  Defendants agree that any argument opposing Plaintiffs' request for a preliminary injunction on the basis of delay will not invoke the delay occasioned by this extension.

THEREFORE, in accordance with the above stipulations, Defendants' deadlines for responding to Plaintiffs' verified complaint (ECF No. 1) and motion for preliminary injunction (ECF No. 7) are extended to **March 27, 2026,** and Plaintiffs' deadlines for filing a combined response and reply shall be **April 24, 2026** to include a word limit of 15,100.

IT IS SO ORDERED.

Dated: February  26, 2026

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

Stipulated and Approved for Entry:

/s/ Daniel J. Ping
Daniel J. Ping (P81482)
Assistant Attorney General
Michigan Dep't of Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632
PingD@michigan.gov

Dated:  2/19/26
/s/ Bryan D. Neihart
Bryan D. Neihart
Arizona Bar No. 035937

Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
bneihart@ADFlegal.org

Dated:  2/19/26

3