# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Right to Life of Michigan** and **Pregnancy Resource Center,**<br><br>        Plaintiffs,<br><br>v.<br><br>**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Luke R. Londo, Gloria E. Lara, Richard R. White III, Portia L. Roberson, Zenna Faraj Elhason, Regina Marie Gasco, Rosann L. Barker,** and **Skot Welch,** in their official capacities as members of the Michigan Civil Rights Commission,<br><br>        Defendants. | Case No. 1:26-cv-00390-RJJ-SJB<br><br>**Order Granting Plaintiffs' Motion for Leave to File Supplemental Evidence in Support of Motion for Preliminary Injunction**<br><br>Honorable Robert J. Jonker<br>Mag. Judge Sally J. Berens |

  This matter is before the Court on Plaintiffs' Motion for Leave to File Supplemental Evidence in Support of Motion for Preliminary Injunction (Motion). Defendants do not oppose the Motion. The Court, having reviewed the Motion and being otherwise sufficiently advised, makes the following order.

  IT IS HEREBY ORDERED as follows:

  Plaintiffs' Motion is **GRANTED**. Exhibit A and Exhibit B attached to the Motion shall be considered incorporated into the record for Plaintiffs' Motion for Preliminary Injunction.

Date: March 4, 2026        /s/ Robert J. Jonker
                  Honorable Robert J. Jonker
                  United States District Judge