**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Right to Life of Michigan** and **Pregnancy Resource Center**,<br><br>     Plaintiffs,<br><br>v.<br><br>**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Luke R. Londo, Gloria E. Lara, Richard R. White III, Portia L. Roberson, Zenna Faraj Elhason, Regina Marie Gasco, Rosann L. Barker,** and **Skot Welch,** in their official capacities as members of the Michigan Civil Rights Commission,<br><br>     Defendants. | Case No. 1:26-cv-00390-RJJ-SJB<br><br>**Brief in Support of Plaintiffs' Second Unopposed Motion to Supplement the Evidence in Support of their Motion for Preliminary Injunction**<br><br>Honorable Robert J. Jonker<br>Mag. Judge Sally J. Berens |

## Introduction and Background

About two weeks ago, this Court granted Plaintiffs' Unopposed Motion to Supplement the Evidence in Support of Plaintiff's Preliminary Injunction which advised the Court and Michigan of employment developments at Right to Life of Michigan. ECF No. 16, PageID.425. Now, Right to Life and Pregnancy Resource Center move to supplement the record with a new position PRC recently posted. ECF No. 14, PageID.418.

Since filing, PRC filled the CEO Executive Assistant position with an anticipated start date of April 13, 2026. And PRC posted a new job opening for the Event Assistant on March 5, 2026. A detailed description of the Event Assistant position is attached as Exhibit A (Event Assistant Job Description) and Exhibit B (James Sprague's Suppl. Decl.). The Event Assistant Job Description was sent to Michigan five days before this filing. *See* Certificate of Concurrence. Right to Life and PRC ask this Court to grant this second unopposed motion to supplement the preliminary-injunction record with new evidence that allows this Court to decide the preliminary-injunction on an up-to-date record with no prejudice to Michigan.

## Argument

This motion relies on the same legal arguments and authorities as the first motion to supplement and incorporates them by reference. *See* Br. in Supp. of Mot. to Supp. Evid., ECF No. 14, PageID.418–420. Like before, this Court has good cause to grant this unopposed motion for three reasons.

*First*, PRC did not have this "evidence" "available" to it "in the exercise of reasonable diligence when it filed" its request for a preliminary injunction or first motion to supplement. *Harshaw v. Bethany Christian Servs.*, No. 1:08-cv-104, 2010 WL 610262, at *1 (W.D. Mich. Feb. 19, 2010). The new job listing for the Event Assistant was posted one month after the initial filings and several days after the first motion to supplement.

*Second*, the supplemental evidence allows this Court to decide the preliminary-injunction motion on an up-to-date record.

*Third*, granting this unopposed motion does not prejudice the state. Michigan has until March 27, 2026, to respond to Right to Life's and PRC's preliminary-injunction motion. ECF No. 12, PageID.402. So it can address this new opening in its response. The new opening is consistent with PRC's request for relief for open positions and "any other position that becomes open in the future." ECF No. 7, PageID.265. And the same legal arguments that apply to all of PRC's employment positions apply with equal force to the new Event Assistant position. *See* Br. in Supp. of Mot. for Prelim. Inj., ECF No. 8, PageID.333–343, 349–354; Ex. B ¶¶ 9–18.

Because future job openings will subject Right to Life and PRC to the same recurring threat of enforcement under ELCRA, a preliminary injunction must extend broadly enough to protect their present and future hiring practices. *See* ECF No. 14, PageID.419–420 (making same argument).

### Conclusion

Right to Life and PRC ask this Court to supplement the record of their preliminary-injunction motion with Exhibit A and Exhibit B.

Respectfully submitted this 17th day of March 2026.

By: */s/Arie M. Jones*

| | |
|---|---|
| John J. Bursch | Henry W. Frampton, IV |
| Michigan Bar No. P57679 | South Carolina Bar No. 75314 |
| **Alliance Defending Freedom** | Bryan D. Neihart |
| 440 First Street NW, Suite 600 | Arizona Bar No. 035937 |
| Washington, DC 20001 | **Alliance Defending Freedom** |
| (202) 393-8690 | 15100 N. 90th Street |
| (202) 347-3622 Fax | Scottsdale, Arizona 85260 |
| jbursch@ADFlegal.org | (480) 444-0020 |
| | (480) 444-0028 Fax |
| | hframpton@ADFlegal.org |
| | bneihart@ADFlegal.org |

Arie M. Jones
Virginia Bar No. 98248
**Alliance Defending Freedom**
44180 Riverside Pkwy.
Lansdowne, Virginia 20176
(571) 707-4655
(571) 707-4790 Fax
arjones@ADFlegal.org

Suzanne E. Beecher
California Bar No. 329586
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, D.C. 20001
(202) 393–8690
sbeecher@adflegal.org

*Attorneys for Plaintiffs*

4

**Certificate of Service**

I hereby certify that on the 17th day of March 2026, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

> */s/Arie M. Jones*
> Arie M. Jones
> Virginia Bar No. 98248
> **Alliance Defending Freedom**
> 44180 Riverside Pkwy.
> Lansdowne, Virginia 20176
> *Attorney for Plaintiffs*