UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGHT TO LIFE OF MICHIGAN and
PREGNANCY RESOURCE CENTER,

      Plaintiffs,

v

Dana Nessel, in her official capacity as
Attorney General of Michigan; John E.
Johnson, Jr., in his official capacity as
Executive Director of the Michigan
Department of Civil Rights; Luke R. Londo,
Gloria E. Lara, Richard R. White III, Portia L.
Roberson, Zenna Faraj Elhason, Regina Marie
Gasco, Rosann L. Barker, and Skot Welch, in
their official capacities as members of the
Michigan Civil Rights Commission,

      Defendants.

No. 1:26-cv-00390

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**MDCR AND MCRC
DEFENDANTS' MOTION TO
DISMISS**

**ORAL ARGUMENT
REQUESTED**

---

For the reasons set forth in the accompanying brief, Defendants John E.

Johnson, Jr., in his official capacity as Executive Director of the Michigan

Department of Civil Rights; Luke R. Londo, Gloria E. Lara, Richard R. White III,

Portia L. Roberson, Zenna Faraj Elhason, Regina Marie Gasco, Rosann L. Barker,

and Skot Welch, in their official capacities as members of the Michigan Civil Rights

Commission (collectively the MDCR and MCRC Defendants), move for an order

dismissing all claims raised against the MDCR and MCRC Defendants with

prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and (b)(6).

Pursuant to Local Rule 7.1(d), the undersigned counsel sought Plaintiffs' counsel's concurrence with this motion.  Plaintiffs' counsel advised that Plaintiffs will oppose the motion.

Respectfully submitted,

*/s/ Neil Giovanatti*
Daniel Ping (P81482)
Neil Giovanatti (P82305)
Marla Linderman Richelew (P55759)
Assistant Attorneys General
Attorneys for MDCR/MCRC Defendants
Civil Rights & Special Initiatives
Division
P.O. Box 30212
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov
LindermanRichelewM@michigan.gov

Dated:  April 3, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the above document using the ECF System which will send notification of such to all represented parties.

*/s/ Neil Giovanatti*
Neil Giovanatti (P82305)
Assistant Attorney General

2