UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGHT TO LIFE OF MICHIGAN and
PREGNANCY RESOURCE CENTER,

    Plaintiffs,

v

Dana Nessel, in her official capacity as
Attorney General of Michigan; John E.
Johnson, Jr., in his official capacity as
Executive Director of the Michigan
Department of Civil Rights; Luke R. Londo,
Gloria E. Lara, Richard R. White III, Portia L.
Roberson, Zenna Faraj Elhason, Regina Marie
Gasco, Rosann L. Barker, and Skot Welch, in
their official capacities as members of the
Michigan Civil Rights Commission,

    Defendants.

No. 1:26-cv-00390

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**ORAL ARGUMENT
REQUESTED**

---

### INDEX OF EXHIBITS TO MDCR AND MCRC DEFENDANTS' MOTION TO DISMISS

| Exhibit | Description |
|---------|-------------|
| A | Declaration of Marcelina Trevino, Directof of Enforcement Bureau, Michigan Civil Rights |
| B | *Zamaria Metcalf v McLaren Health, et al* ; Ingham County Circuit Court Case No. 24-246-AA |