## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**Right to Life of Michigan** and **Pregnancy Resource Center**,

Plaintiffs,

v.

**Dana Nessel,** in her official capacity as Attorney General of Michigan; **John E. Johnson, Jr.,** in his official capacity as Executive Director of the Michigan Department of Civil Rights; **Luke R. Londo, Gloria E. Lara, Richard R. White III, Portia L. Roberson, Zenna Faraj Elhason, Regina Marie Gasco, Rosann L. Barker,** and **Skot Welch,** in their official capacities as members of the Michigan Civil Rights Commission,

Defendants.

Case No. 1:26-cv-00390-RJJ-SJB

Hon. Robert J. Jonker
Magistrate Sally J. Berens

**Declaration of Bryan Neihart in Support of Plaintiffs' Combined Response to MDCR and MCRC Defendants' Motion to Dismiss and Reply in Support of Their Preliminary Injunction Motion**

I, Bryan Neihart, declare as follows:

1.     I am over the age of eighteen and competent to make this declaration, and I make this declaration based on my personal knowledge.

2.     I am one of the attorneys of record for Right to Life of Michigan and Pregnancy Resource Center.

3.     On January 13, 2026, Michigan's Attorney General, Department of Civil Rights, and Michigan's Civil Rights Commission filed a brief in support of their cross-motion for summary judgment and in opposition to Plaintiff's motion for summary judgment in *Christian Healthcare Centers, Inc. v. Nessel*, Case No. 1:22-cv-00787-JMB-PJG, ECF No. 161, PageID.3331-89. A true and correct copy of the relevant excerpts of that brief is attached as Exhibit A.

4.      Michigan previously produced documents in response to a request under Michigan's Freedom of Information Act, including Spring Arbor University's BFOQ application. A true and correct copy of that application produced under Michigan's FOIA is attached as Exhibit B.

5.      On January 26, 2026, Michigan's Civil Rights Commission held a meeting. The meeting was posted on YouTube. *See Michigan Civil Rights Commission meeting 1/26/2026,* https://bit.ly/4kfj4Ie (last visited Feb. 4, 2026). Portions of that meeting, from approximately 1:15:00 through 1:41:00 of the video, were transcribed. A true and correct copy of that transcript is attached as Exhibit C.

## DECLARATION UNDER PENALTY OF PERJURY

I, Bryan Neihart, a citizen of the United States and a resident of the State of Arizona, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of April, 2026 at Scottsdale, Arizona.

Bryan D. Neihart

3