UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGHT TO LIFE OF MICHIGAN,
et al.,

       Plaintiffs,

                                   CASE No. 1:26-cv-390

v.

                                   HON. ROBERT J. JONKER

DANA NESSEL, et al.,

       Defendant.

_____/

## **PRELIMINARY INJUNCTION**

For the reasons described in the Opinion and Order entered this day, **IT IS ORDERED** that Defendants, and all those acting in concert with them, are **PRELIMINARILY ENJOINED** from the following:

1. Enforcing ELCRA's Employment Clause (MCL 37.2202(1)) to prevent Right to Life and PRC from declining to recruit, hire, employ, or retain individuals who have had an abortion, advocate for abortion, or express pro-choice viewpoints for Right to Life's Content Contributor & Event Coordinator and MiGen Leads Coordinator positions; PRC's Chief Operating Officer, Education Instructor, Event Assistant, and the Lead First Steps Coordinator positions; and any other similar position at either organization that becomes open during the pendency of this matter;

2. Enforcing ELCRA's Notice Clause (MCL 37.2206(1)–(2)) to prevent Right to Life and PRC from posting these preferences and intentions on its website and other job search sites;

3. Enforcing ELCRA's Benefits Clause (MCL 37.2202(1)(c)) to require Right to Life and PRC to provide insurance to employees that includes coverage for elective abortions;

4. Enforcing ELCRA's Accommodation Clause (MCL 37.2302(a)) to prevent PRC from declining to recruit or accept volunteers who do not agree with, or abide by, PRC's Positions, as described in the Verified Complaint and its attachments, on abortion, religion, and sexual orientation;

5. Enforcing ELCRA's Accommodation Publication Clause (MCL 37.2302(b)) to prevent PRC from emailing its desired amended volunteer application (Verified Complaint Exhibit 16) or materially similar statements to prospective volunteers.

It is **FURTHER ORDERED** that Plaintiffs shall not be required to post any bond under Fed. R. Civ. P. 65(c) because of the strong public interest involved in this case. *See Moltan Co. v. Eagle-Picher Indus., Inc.*, 55 F.3d 1171, 1176 (6th Cir. 1995). Moreover, Defendants have not made any request for security or provided any information that would permit quantification of costs of damages to these Defendants from the Preliminary Injunction.

**IT IS SO ORDERED.**

Date:    July 10, 2026                 /s/ Robert J. Jonker
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE

2