RIGHT TO LIFE OF MICHIGAN and
PREGNANCY RESOURCE CENTER,

        Plaintiffs,

v.

DANA NESSEL, in her official capacity
as Attorney General of Michigan; JOHN
E. JOHNSON, JR., in his official
capacity as Executive Director of the
Michigan Department of Civil Rights;
LUKE R. LONDO, GLORIA E. LARA,
RICHARD R. WHITE III, PORTIA L.
ROBERSON, ZENNA FARAJ
ELHASON, REGINA MARIE GASCO,
ROSANN L. BARKER, and SKOT
WELCH, in their official capacities as
members of the Michigan Civil Rights
Commission,

        Defendants.

NO. 1:26-cv-390

HON. ROBERT J. JONKER

MAGISTRATE SALLY J. BERENS

_____

### DEFENDANT ATTORNEY GENERAL DANA NESSEL'S
### NOTICE OF APPEAL

Defendant Attorney General Dana Nessel, by and through counsel, hereby

provides notice that she now appeals to the United States Court of Appeals for the

Sixth Circuit from the District Court's orders granting Plaintiffs' request for a

preliminary injunction and denying Defendant Nessel's motion to dismiss (ECF

Nos. 61 and 62), entered on July 10, 2026.

                              Respectfully submitted,

                              */s/ Joshua S. Smith*
                              Joshua S. Smith (P63349)
                              Assistant Attorney General

Michigan Dept. of Attorney General
Attorney for Def. AG Dana Nessel
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
smithj191@michigan.gov

Dated: August 7, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the above document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel.

*/s/ Joshua S. Smith*
Joshua S. Smith (P63349)
Assistant Attorney General
Attorney for Def. AG Dana Nessel