UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIGHT TO LIFE OF MICHIGAN and
PREGNANCY RESOURCE CENTER,

    Plaintiffs,

v

DANA NESSEL, in her official capacity as
Attorney General of Michigan; JOHN E.
JOHNSON, JR., in his official capacity as
Executive Director of the Michigan
Department of Civil Rights; LUKE R. LONDO,
GLORIA E. LARA, RICHARD R. WHITE III,
PORTIA L. ROBERSON, ZENNA FARAJ
ELHASON, REGINA MARIE GASCO,
ROSANN L. BARKER, and SKOT WELCH, in
their official capacities as members of the
Michigan Civil Rights Commission,

    Defendants.

No. 1:26-cv-00390

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

**MDCR AND MCRC
DEFENDANTS' NOTICE OF
APPEAL**

---

Notice is hereby given that Defendants Michigan Department of Civil Rights

and Michigan Civil Rights Commission (*i.e.*, all defendants other than Attorney

General Nessel) hereby appeal to the United States Court of Appeals for the Sixth

Circuit the Opinion and Order (ECF No. 61) and Preliminary Injunction (ECF No.

62) entered in this action on July 10, 2026.

    Respectfully submitted,

    /s/ Daniel J. Ping
    Daniel Ping (P81482)

1

Neil Giovanatti (P82305)
Marla Linderman Richelew (P55759)
Assistant Attorneys General
Attorneys for MDCR/MCRC
Defendants
Civil Rights & Special Initiatives
Division
P.O. Box 30212
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov
LindermanRichelewM@michigan.gov

Dated:  August 7, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026 I electronically filed the above

document using the ECF System which will send notification of such to all

represented parties.

/s/ Daniel J. Ping
Daniel Ping (P81482)
Assistant Attorney General